**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ADRIAN LAMAR HILEY** **PLAINTIFF**

**v.** **CASE NO. 4:25-CV-01189-BSM**

**SARAH HUCKABEE SANDERS, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of November, 2026.

UNITED STATES DISTRICT JUDGE